No. 945. UNITED STATES FIDELITY & GUARANTY COMPANY, APPELLANT, v. TRAVELERS INSURANCE MACHINE COMPANY. Appeal from the District Court of the United States for the District of Arizona. Argued April 11, 1917. Decided April 16, 1917. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Bache* v. *Hunt,* 193 U. S. 523; *Louisville Trust Co.* v. *Knott,* 191 U. S. 225; *Railroad Commission of Mississippi* v. *Louisville & Nashville R. R. Co.,* 225 U. S. 272, 279. *Mr. William Marshall Bullitt* for appellant. *Mr. David R. Castleman* and *Mr. Walter Bennett* for appellee.

_____

No. 185. McGOLDRICK LUMBER COMPANY, APPELLANT, v. CHARLES J. KINSOLVING ET AL. Appeal from the United States Circuit Court of Appeals for the Ninth Circuit. Submitted April 20, 1917. Decided April 23, 1917. *Per Curiam.* Judgment affirmed with costs upon the authority of *Johnson* v. *Towsley,* 13 Wall. 72; *Shepley* v. *Cowan,* 91 U. S. 330; *DeCambra* v. *Rogers,* 189 U. S. 119; *Greenameyer* v. *Coate,* 212 U. S. 434. *Mr. John P. Gray, Mr. William E. Cullen* and *Mr. F. M. Dudley* for appellant. *Mr. James H. Forney* and *Mr. Frank L. Moore* for appellees.